AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |  |
|---|---|---|
| 179 Avenue B Realty LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Patricio Sandoval a/k/a Patrick N. Sandoval and Alfredo Sandoval a/k/a Alfredo N. Sandoval | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Patricio Sandoval a/k/a Patrick N. Sandoval
  110 W. Kinzie Street, 3rd Floor, Chicago, Il 69654

  Alfredo Sandoval a/k/a Alfredo N. Sandoval
  110 W. Kinzie Street, 3rd Floor, Chicago, Il 69654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Vincent M. Lentini, Esq.
  600 Old Country Road Ste. 202
  Garden City, NY 11530
  (516) 228-3214

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/15/2019                               /s/ J. Gonzalez

                                     *Signature of Clerk or Deputy Clerk*

